UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

NATASHA LEGROS,

    Plaintiff,

    v.           CASE NO.: 0:23-cv-60116-FAM

AMERICAN HEALTH REFORM
SOLUTIONS, LLC, D/B/A
FLORIDA PLAN ADVISORS, a
Florida Limited Liability
Company,

    Defendant.
_____/

## NOTICE FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff NATASHA LEGROS, by and through her undersigned counsel, hereby moves the Court to dismiss with prejudice, this action as to Defendant AMERICAN HEALTH REFORM SOLUTIONS, LLC, D/B/A FLORIDA PLAN ADVISORS.

The undersigned has conferred with counsel for Defendant who advised the Defendant consents to the dismissal.

Dated this 4th day of December, 2023.

    Respectfully submitted,

    *S/Anthony J. Hall*
    Anthony J. Hall, Esq.
    FL Bar No.: 40924
    THE LEACH FIRM, P.A.

>1560 N. Orange Ave., Suite 600
>Winter Park, FL 32789
>Telephone: (407) 574-4999
>Facsimile: (321) 594-7316
>Email: ahall@theleachfirm.com
>Email: aperez@theleachfirm.com
>***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of December, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>***s/ Anthony J. Hall***
>Anthony J. Hall, Esq.